# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# NORTHERN DIVISION
# ASHLAND

CIVIL ACTION NO. 07-41-HRW

TERRY J. BENDER,                                                        PETITIONER,

v.                                **ORDER**

STATE OF OHIO,                                              RESPONDENT.

*** * * * * * ***

Terry Bender, filed, pro se, Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

Consistent with local practice, the matter was referred to United States Magistrate Judge Edward B. Atkins for initial consideration.

The Magistrate has issued a report and recommends that this matter be transferred to the United States District Court for the Northern District of Ohio, Cleveland Division.

Hearing no objections to the report and recommendation, and seeing no error in same, this Court adopts the recommendation.

Accordingly, **IT IS THEREFORE ORDERED AND ADJUDGED**,

1) that the Magistrate Judge's report and recommendation is hereby approved and adopted as and for the opinion of the Court,

2) that in conformity with the recommendation, this matter **IS HEREBY TRANSFERRED** to the United States District Court for the Northern District of Ohio, Cleveland Division; and

3) that this is a final and appealable order.

This   August 15, 2007.

Signed By:
Henry R Wilhoit Jr.
United States District Judge